# Exhibit 1
# Redacted

*S.J. v. Board of Education of the City of Chicago*

# Chicago Public Schools
# Individual Education Program (IEP)
## 1. Identification Information

| | |
|---|---|
| **Student Name:** ~~[redacted]~~ | **Date of Meeting:** 02/03/2025 |
| **Student ID:** 50521402  **Gender:** Female | **Current CPS School:** Edward Beasley Elementary Magnet Academic Center<br>**Phone:** (773) 535-1230<br>**Area:** 13 **School ID:** 610246 |
| **Birth Date:** ~~[redacted]~~/2013  **Grade:** Sixth grade  **Homeroom/Division:** A273 | |
| **Parent/Guardian:** Ebonie Jude (Mother) | **Case Manager/Telephone:** |
| **Address:** ~~[redacted]~~ Chicago, IL 60616 | **Date of Most Recent Evaluation:** |
| **Parent's Phone Numbers Primary Resident Voice** ~~[redacted]~~ | **Date of Next Proposed Reevaluation:** 02/03/2028 |

## 2. Disability

Other Health Impairment

## 3. Purpose of the Conference

**Purpose of the Conference:** Initial Evaluation/Eligibility

## 4. IEP Team (participants as appropriate)

| | Title | Name | Signature | | Title | Name | Signature |
|---|---|---|---|---|---|---|---|
| ☑ | Case Manager : | Jennifer Walton | 02/03/2025 | ☐ | Bilingual Specialist: | | |
| ☑ | District Representative: | Jennifer Walton | 02/03/2025 | ☑ | School Nurse: | Vincent White | 02/03/2025 |
| ☑ | Special Education Teacher: | Kathleen Robinson | 02/03/2025 | ☐ | Sign Language Interpreter: | | |
| ☐ | General Education Teacher♠: | Cecelia Tabb | | ☐ | Occupational Therapist: | | |
| ☑ | Evaluation Representative: | Rosemarie Fortune | 02/03/2025 | ☐ | Physical Therapist: | | |
| ☑ | Parent/Guardian: | ~~[redacted]~~ | Participated via telephone 02/03/2025 | ☐ | Psychologist: | | |
| ☐ | Parent/Guardian: | Aaron Jackson | | ☐ | Social Worker: | | |
| ☐ | Student*: | | | ☐ | Speech-Language Pathologist: | | |
| ☐ | Surrogate Parent: | | | ☐ | Transition Representative: | | |
| ☐ | Community Agency: | | | ☐ | OSD District Representative: | | |
| ☐ | Teacher Of Visually Impaired: | | | ☐ | Teacher of the Deaf/Hard of Hearing: | | |
| ☐ | Certified Orientation and | | | ☐ | Audiologist: | | |

## 15. Transportation

**OVERVIEW**

If a student attends their neighborhood (zoned) school or school of choice, it is expected that the student transports themselves to school like the student's non-disabled peers except in unique circumstances. If a student with a disability meets the eligibility criteria for transportation as a related service, the transportation services will generally be provided from home to school and back home. Parents or caregivers of such students are to meet the bus at the curb for pick-up/drop-off.

If you are the parent of a child for whom transportation is provided pursuant to an IEP and your child is experiencing transportation-related problems, call (773) 553-2860 for assistance. If the issue pertains to a late pick-up/drop-off and/or no show, the parent should call the bus company directly.

**Non-disabled students of similar age and grade travel to and from school in the following way(s):**
Walk or public transportation

**▇▇▇ identified disability impedes the student traveling to school like non-disabled peers in the following way(s):**
▇▇▇ has a diagnosis of SCD.

▇▇▇ is eligible for transportation as a related service.

Rationale:
- ▇▇▇ has a medical condition that requires limited exposure to environmental elements (e.g. extreme temperatures, extreme pollen levels, extended exposure to sun).
  - ▇▇▇ has Sickle Cell Disease

An aide is required for the following reasons:
   Safety

**Transportation services will be provided by CPS.**

**The parent accepts transportation at this time, but if at a later date decides to transport ▇▇▇ please notify the case manager to revise the IEP to reflect this decision.**

## Chicago Public Schools
## IEP Meeting Notes Page

**Student Name:** ▇▇▇  **Student ID:** 50521402  **Date:** 02/03/2025
**Case Manager:** Jennifer Walton  **School Name:** Edward Beasley Elementary Magnet Academic Center

**Parent Means of Meeting Participation:** Via Video Conference

| Date: | Name: | Notes: |
|---|---|---|
| 02/03/2025 | Jennifer Walton | The IEP meeting began directly after the eligibility determination meeting at 10:19am.<br><br>Nurse reported out at 10:19, remains eligible for nursing services.<br><br>LBS1 / Sped Teacher reported out at 10:30am.<br><br>Reviewed the entire IEP with mom. |

|  |  | Mom has serious concerns about transportation. Why can't the bus company do door to door as stated in the IEP. Pick up should occur on Federal. The IEP meeting concluded at 10:55am. |
|---|---|---|

**Was there an action proposed or refused by the district?** ☐ Yes ☑ No