# Exhibit 2

*S.J. v. Board of Education of the City of Chicago*

